JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK DEWAYNE WILSON, ) Case No. CV 12-1536-OP
) 
) JUDGMENT
Petitioner, )
)
v. )
)
GARY SANDOR, Warden, )
)
)
Respondent. )

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 7, 2014

HONORABLE OSWALD PARADA\
United States Magistrate Judge